UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                 **Case No: 6:23-cr-234-CEM-EJK**

**JIHAD WILLIAM MORALES**

AUSA: Dana Hill

Defense Attorney: Michael Nielsen, Criminal Justice Act

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **May 2, 2024**<br>1:16 P.M.-1:26 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | **10 minutes** | | |

**CLERK'S MINUTES**
**CHANGE OF PLEA**

Case called. Appearances taken. Defendant sworn.

Court inquired with defendant and advised of rights.

Defendant proffered a plea of guilty as to Counts One through Eleven of the Indictment. The Court accepted the plea and adjudicated the defendant guilty. The defendant remains on bond pending sentencing.

Sentencing set for Thursday August 22, 2024, at 9:30 A.M.

Court is adjourned.